Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

EDWARD M. STEFAN

vs

ERNESTO RIOS, Individually and dba RIOS CHIROPRACTIC AND WELLNESS CENTER, HEATH H. FAMILY TRUST and DOES 1 THROUGH 10

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0002 H LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DUANE H. SCEPER, ESQ.  CSB 104004
P.O. Box 1551
Hayfork, CA 96041
(619) 232-8917

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

J. PARIS

JAN 0 2 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)