Duane H. Sceper (CSB # 104004)
Attorney at Law
P.O. Box 1551
Hayfork, California 96041
Telephone:   (619) 232-8917

Attorney for Plaintiff Edward M. Stefan

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN, ) | CASE NO: 08 CV 0002 H (LSP) |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. ) | |
| ERNESTO RIOS, Individually and dba RIOS ) CHIROPRACTIC AND WELLNESS ) CENTER, HEATH H. FAMILY TRUST and ) DOES 1 THROUGH 10 ) | |
| Defendants ) | |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiff voluntarily dismisses the above captioned action with prejudice.

Dated: January 31, 2008                   Respectfully submitted,

/s/ DUANE H. SCEPER
Duane H. Sceper, Esq.
Attorney for Plaintiff
E-mail: dhs@thelegalway.com